UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YATES ET AL, | ) | No. C09-01189 SBA |
|     Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| | ) | |
| IGNACIO PROPERTIES LLC, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

IT IS SO ORDERED.

DATED: 11/13/09

                                  */s/ Saundra B. Armstrong*
                                SAUNDRA BROWN ARMSTRONG
                                United States District Judge